

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due March 10, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court